# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2019-0089, <u>Town of Northumberland v. Arthur Gadwah & a.</u>, the court on September 13, 2019, issued the following order:**

Having considered the brief, the memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The defendants, Arthur Gadwah and Carla Gadwah, appeal an order of the Superior Court (<u>Bornstein</u>, J.), granting a writ of ejectment to the plaintiff, the Town of Northumberland. We construe their brief to argue that: (1) they are not liable for real estate taxes on real estate they own that accrued during the period covered by an ineffective and voided tax deed; and (2) a subsequent tax deed was ineffective because it was signed by two of the town's three selectmen.

As the appealing parties, the defendants have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the defendants' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendants have not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,**
**Clerk**